UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Michael Thomas Kleiber,  Civil No. 23-311 (PJS/LIB)

      Plaintiff,

vs.  ORDER ADOPTING
REPORT AND RECOMMENDATION

"Paul Shnell,",
MN Department of Corrections,
City of Duluth – City Hall,

      Defendants.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Defendants "Paul Shnell" (construed as an attempt to name Paul Schnell) and "City of Duluth–City Hall" are **DISMISSED** from this action.

DATED: May 10, 2023       s/Patrick J. Schiltz_____
At Minneapolis, Minnesota       Patrick J. Schiltz, Chief Judge
                                                  United States District Court