UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

| | |
|---|---|
| Michael Thomas Kleiber, | Civil No. 23-311 (PJS/LIB) |
| Plaintiff, | |
| vs. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Minnesota Department of Corrections, | |
| Defendant. | |

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, **IT IS ORDERED**:

1. Defendant's Motion to Dismiss, [Docket No. 8], is **GRANTED**;

2. Plaintiff's sole remaining claim as alleged against the Minnesota Department of Corrections is **DISMISSED with prejudice**; and

3. The present action is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: 10/02/2023　　　　　　　　　　　s/Patrick J. Schiltz_____
At Minneapolis, Minnesota　　　　　　　Patrick J. Schiltz, Chief Judge
　　　　　　　　　　　　　　　　　　　United States District Court